Loretta A. Simon, Greta E. Cheney, Simon and Early, P.C., St. Louis, MO, for respondent.

Before ROY L. RICHTER, P.J., KATHIANNE KNAUP CRANE, J., and SHERRI B. SULLIVAN, J.

### ORDER

PER CURIAM.

Claimant appeals from the final award of the Labor and Industrial Relations Commission, affirming the award of the Administrative Law Judge. We affirm. The findings and conclusions of the Commission are supported by competent and substantial evidence on the whole record. No error of law appears, and an extended opinion would have no precedential value. The parties have been furnished, for their information only, with a memorandum setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).

Amir ALIBEGOVIC and Tanja Redzonic, on behalf of themselves and all others similarly situated, Plaintiffs/Respondents,

v.

PRIME TV, L.L.C., Defendant,

and

Directv, Inc., d/b/a Directv,
Defendant/Appellant.

No. ED 88040.

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 26, 2006.

John S. Steward, Burstein Law Firm, P.C., Clayton, MO, for respondents.

David M. Harris, John L. Ross, Kirsten M. Ahmad, Greensfelder, Hemker & Gale, P.C., St. Louis, MO, Michael E. Williams, Quinn Emanuel Urquhart Oliver & Hedges, LLP, Los Angeles, CA, for appellant.

Before ROY L. RICHTER, P.J., KATHIANNE KNAUP CRANE, J. and MARY K. HOFF, J.

### ORDER

PER CURIAM.

This is an appeal from a judgment that denied a motion to compel arbitration. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976).

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a written memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).